**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 24-09** |
| **v.** | * | **SECTION: "I"** |
| **XAVION WATTS** | * | |

*   *   *

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**TO THE UNITED STATES MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

The petition of the United States of America, appearing herein through Mark A. Miller, Assistant United States Attorney for the Eastern District of Louisiana, respectfully shows to this Court:

That **XAVION WATTS (DOB: xx/xx/2003)** is now confined in the **Orleans Justice Center, New Orleans, Louisiana,** in the custody of the Sheriff of said institution, being in custody under the authority of the State of Louisiana in accordance with the laws thereof.

This petition avers that the said **XAVION WATTS** is charged in the United States District Court for the Eastern District of Louisiana with possession of a machine gun and that it is necessary for the said **XAVION WATTS** to appear for an initial appearance in the United States District Court for the Eastern District of Louisiana on or before the 5th day of February, 2024, at 02:00 p.m., before the Duty Magistrate, after which **XAVION WATTS** is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him.

**WHEREFORE**, petitioner prays that this Honorable Court do forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the Sheriff of the Orleans Justice Center, requiring him to surrender the body of said **XAVION WATTS** to the Bureau of Alcohol,

Tobacco, Firearms and Explosives to be thereafter produced in the United States District Court for the Eastern District of Louisiana on or before the 5th day of February, 2024, at 02:00 p.m. before the Duty Magistrate Judge, after which **XAVION WATTS** is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him.

    Respectfully submitted,

    DUANE A. EVANS
    UNITED STATES ATTORNEY

    */s/ Mark A. Miller*
    MARK A. MILLER
    Assistant United States Attorney
    MS Bar No. 105138
    650 Poydras Street, Suite 1700
    New Orleans, LA 70130
    Telephone: (504) 680-3012
    E-mail: mark.a.miller@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 24-09 |
| v. | * | SECTION: "I" |
| XAVION WATTS | * | |

\* \* \*

**O R D E R**

Let a writ of habeas corpus ad prosequendum be issued to the Sheriff of the Orleans Justice Center or one of his authorized deputies, ordering and directing said Sheriff, or one of his authorized deputies, to surrender the body of **XAVION WATTS,** now confined in the Orleans Justice Center, New Orleans, Louisiana, to the Bureau of Alcohol, Tobacco, Firearms and Explosives, to be thereafter produced on or before the 5th day of February, 2024 at 02:00 p.m., before the Duty Magistrate Judge, to appear for an initial appearance after which **XAVION WATTS** is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him.

New Orleans, Louisiana, this   30th   day of   January  , 2024.

_____
UNITED STATES MAGISTRATE JUDGE