UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-09 |
| v. | * | SECTION: "I" |
| XAVION WATTS | * | |

\* \* \*

## FACTUAL BASIS

The Defendant, XAVION WATTS, has agreed to plead guilty Count One of the indictment charging him with Possession of a Machinegun in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

Had this matter gone to trial, the Government would have proven, through the introduction of competent testimony and other admissible evidence, the following facts, beyond a reasonable doubt, to support the allegations in the indictment now pending against the defendant.

On October 29, 2022, at about 9:00 p.m. Officers Patrick Booth, Ricky Koen, and Justin Fabre were on foot patrol in the 400 block of Bourbon Street. Officer Booth observed the XAVION WATTS (hereinafter "the Defendant") with what the officer believed was a concealed firearm in his center waistband, covered by his shirt. Specifically, he observed a pistol handle shaped object protruding through his shirt. Officer Booth informed the other officers what he had observed. Officer Booth then attempted to approach the Defendant, but he fled on foot toward Saint Louis Street. The officers pursued him, and Officer Booth notified Officers K. Devoure, and X. Perez who were at the intersection of Bourbon and Saint Louis. Officers Perez and Devoure apprehended WATTS in the 400 block of Bourbon Street. Officer Booth recovered the firearm/machine gun (Glock 17, 9mm, Serial# brav259 with a fully automatic switch installed) which had fallen out of Watts' waistband during his arrest. It was loaded with one live round in

the chamber and twenty-one live rounds in the extended magazine. The Defendant was handcuffed and advised of his *Miranda* rights by Officer Devoure and taken to the Eighth District Station. While at the station officers reviewed the Body Cam footage with showed the Defendant fleeing and his apprehension which caused his firearm to fall to the ground.

Bureau of Alcohol, Tobacco, Firearms and Explosives (BATF) Special Agent (SA) William Tonglet conducted a functions check of the pistol at the NOPD Central Evidence and Property, and found it functioned as a machine gun. It was later submitted to the BATF Criminal Laboratory for expert analysis. Firearms Enforcement Officer Anthony Arena found that the Glock firearm contained a machinegun conversion device which is also commonly referred to as a "Glock Conversion Device", a "Glock chip "or a "switch". The machine conversion device allowed the pistol to operate as a fully automatic weapon.

_____  
MARK A. MILLER  
Assistant United States Attorney

17 JULY 2024  
Date

_____  
XAVION WATTS  
Defendant

7/17/24  
Date

_____  
WARNER THOMPSON  
Attorney for Defendant

7/17/24  
Date