MINUTE ENTRY
AFRICK, J.
January 7, 2025
JS-10 00:05

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 24-09 |
| XAVION WATTS | SECTION I |

### MINUTE ENTRY

On this date, the Court held a telephone conference with counsel for defendant Xavion Watts and counsel for the government participating. The Court and the parties discussed the parties requests for access to defendant's juvenile records prior to sentencing.

New Orleans, Louisiana, January 7, 2025.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE